# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RECO Equipment, Inc.,**

      **Plaintiff,**      **:**

  v.                                             **Civil Action 2:20-cv-2968**
                                                   **Judge Sarah D. Morrison**
                                                   **Magistrate Judge Chelsey M. Vascura**

**Custom Ecology of Ohio, Inc.,**

                                **:**

      **Defendant.**

## **ORDER**

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 3, 2020. (ECF No. 10.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DENIES** Plaintiff's Motion to Remand (ECF No. 8).

      **IT IS SO ORDERED.**

                                              /s/ Sarah D. Morrison
                                              **SARAH D. MORRISON**
                                              **UNITED STATES DISTRICT JUDGE**